IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREL L. MYERS,                              No. CIV S-08-0411-FCD-CMK-P

    Petitioner,

  vs.                                                       ORDER

RICH SUBIA, et al.,

    Respondents.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 29, 2008, the court issued findings and recommendations that this action be summarily dismissed under Tollett v. Henderson, 411 U.S. 258 (1973) because petitioner states in his petition that he pleaded guilty and none of his claims suggest an exception to the Tollett rule. Petitioner has filed objections (Docs. 7 and 8) in which, for the first time, petitioner argues that his guilty plea was the result of ineffective assistance of counsel. Because such a claim is an exception to the Tollett rule, see id. at 267, the court will vacate the findings and recommendations and provide petitioner an opportunity to file an amended petition which raises the ineffective assistance of counsel claim. Petitioner should keep in mind that  no claims except those which relate to the validity of the guilty plea are

cognizable.  If petitioner does not file an amended petition within the time provided by this order, the court will re-issue the February 29, 2008, findings and recommendations.

    Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations (Doc. 5) issued on February 29, 2008, are vacated;

    2.  Petitioner may file an amended petition within 30 days of the date of this order; and

    3.  The Clerk of the Court is directed to forward to petitioner the court's form for a habeas corpus petition by a state prisoner.

DATED: April 4, 2008

                                 
                 **CRAIG M. KELLISON**
                  UNITED STATES MAGISTRATE JUDGE