1
2
3
4
5
6
7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DARREL L. MYERS,                          No. CIV S-08-0411-FCD-CMK-P

12              Petitioner,

13       vs.                                   <u>ORDER</u>

14   RICH SUBIA, et al.,

15              Respondents.

16   _____/

17              Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19   Magistrate Judge pursuant to Eastern District of California local rules.

20              On September 16, 2008, the magistrate judge filed findings and recommendations

21   herein which were served on the parties and which contained notice that the parties may file

22   objections within a specified time.  No objections to the findings and recommendations have

23   been filed.

24              The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.

26   / / /

Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations filed September 16, 2008, are adopted in full;

2.     Respondent's unopposed motion to dismiss (Doc. 17) is granted.

3.     This action is dismissed; and

4.     The Clerk of the Court is directed to enter judgment and close this file.

DATED: October 17, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE